# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2006

127889

RYAN AUSTIN,
      Plaintiff-Appellant,

v

JOSHUA CORBIN and JAMES CORBIN,
      Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127889
COA: 247056
Macomb CC: 01-000631-NI

_____/

On order of the Court, the application for leave to appeal the December 14, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2006

Clerk

p0301